UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURAPHARM INTERNATIONAL (H.K.) LIMITED,<br><br>       Plaintiff,<br><br>   v.<br><br>PUREPHARMA, INC., et al.,<br><br>       Defendants. | Case No.  15-cv-01808-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Conference Statement (Dkt. No. 52). In light of the parties' representation that they are continuing to exchange settlement proposal following their November 20, 2015 mediation session, the case management conference scheduled for December 3, 2015 is continued to **Thursday, February 11, 2016 at 1:30 p.m**. The parties shall submit an updated statement one week before the conference.

**IT IS SO ORDERED.**

Dated: November 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge